IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

UNITED STATES OF AMERICA,

vs.

CASE NO.: CR210-080

JAMES R. HINES

## ORDER

After an independent and *de novo* review, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Defendant contends that, after Officer Dillon Howard's initial stop, the encounter became an arrest and was no longer a permissible detention under the Fourth Amendment. Defendant's Objections represent his disagreement with the conclusions the Magistrate Judge reached in light of the factors present in a Fourth Amendment analysis. Defendant has not shown that his Fourth Amendment rights were violated by Officer Howard or any other officer.

Defendant's Objections are **overruled**. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Defendant's Motion to Suppress is **DENIED**.

SO ORDERED, this 20 day of April, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA